819

No. 192. Hi Hat Elkhorn Coal Co. *v.* Newman. C. A. 6th Cir. Certiorari denied. *Joe Hobson* for petitioner. *C. Kilmer Combs* for respondent.

No. 193. Aetna Insurance Co. *v.* Vernon et al. C. A. 5th Cir. Certiorari denied. *David Bland* for petitioner. *William F. Walsh* for respondents.

No. 195. Woods *v.* Illinois. Supreme Court of Illinois. Certiorari denied. *Howard T. Savage* for petitioner.

No. 197. Wycoff Company, Inc., *v.* Public Service Commission of Utah et al. Supreme Court of Utah. Certiorari denied. *Zar E. Hayes* and *Calvin L. Rampton* for petitioner. *A. Pratt Kesler*, Attorney General of Utah, *Raymond W. Gee*, Assistant Attorney General, *Keith E. Sohm* and *Wood R. Worsley* for respondents.

No. 198. Pagano *v.* Sahn, Trustee in Bankruptcy. C. A. 2d Cir. Certiorari denied. *Vincent J. Velella* and *Morris Weissberg* for petitioner. *Harold L. Lipton* for respondent.

No. 203. Cardarella et al. *v.* United States. C. A. 8th Cir. Certiorari denied. *Walter A. Raymond* and *Kenneth C. West* for petitioners. *Solicitor General Cox* for the United States.

No. 204. Hackett *v.* United States. C. A. 6th Cir. Certiorari denied. *Albert A. Goldfarb* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.